[No. 6663-7-II.   Division Two.   June 26, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JACQUELINE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-1-01170-7, E. Albert Morrison, J., entered September 23, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6194-5-II.   Division Two.   June 26, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81-1-00209-1, Herbert E. Wieland, J., entered February 18, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 6090-6-II.   Division Two.   June 26, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. BETH ELLAN ARNOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7371, Alan R. Hallowell, J., entered January 11, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.